HLD-001                                                      **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3603
_____

IN RE: TARIREEF WHITE,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Crim. No. 07-cr-00123 and Civ. No. 10-cv-00132)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
November 2, 2012
Before: McKEE, Chief Judge, ALDISERT and BARRY, Circuit Judges

(Opinion filed: April 16, 2013)
_____

OPINION
_____

PER CURIAM

Petitioner Tarireef White filed a petition for writ of mandamus on September 27,

2012, asking us to order the District Court to render a decision on his motion to vacate his

sentence under 28 U.S.C. § 2255.

By order entered on March 18, 2013, the District Court dismissed White's § 2255

motion and declined to issue a certificate of appealability.  Because White has now

received the relief he requested in his mandamus petition—a decision on his § 2255

motion—we will deny his mandamus petition as moot.  <u>See</u> <u>Blanciak v. Allegheny</u> <u>Ludlum Corp.</u>, 77 F.3d 690, 698-99 (3d Cir. 1996).